**DAVID A. TORRES AND ASSOCIATES**
Attorney at Law, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936
e-mail: lawtorres@aol.com

Attorney for Defendant
BOUNHOME SINGHARATH

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                    PLAINTIFF,<br><br>BOUSEUTH THOURAKHONE<br>**BOUNHOME SINGHARATH**<br>KIMXAY SIRIBOUNTHONG<br><br>                    DEFENDANT. | Case No.: 12-CR-00325 AWI<br><br>**DEFENDANTS REQUEST AND WAIVER OF APPEARANCE**; **ORDER** |

Defendant hereby requests a Court Order waiving his appearance at the status conference hearing scheduled for Monday, January 14, 2013.

    Mr. Torres has two trials set for Monday in Kern County Superior Court. He has been in communication with Mr. Singharath and was notified that he does not have means of transportation from Las Vegas, NV to Fresno, CA.  Mr. Torres has discussed this with Mr. Singharath and advised him to waive his appearance.  We will ask the court to continue the matter to a date and time convenient to the court and all counsel.

This request is made pursuant to Fed R. Crim. P. 43 (b)(2).

Date: January 11, 2013

/s/David A. Torres                                    /s/ Bouhome Sigharath
Counsel for Defendant                             Bouhome Signarath, Defendant

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the defendant's appearance may be waived on January 14, 2013.

IT IS SO ORDERED.

Dated:   **January 11, 2013**              /s/ **Barbara A. McAuliffe**
                                         UNITED STATES MAGISTRATE JUDGE