1  **DAVID A. TORRES AND ASSOCIATES**
   Attorney at Law, SBN 135059
2  1318 K Street
   Bakersfield, CA 93301
3  Ph.: (661)326-0857
   Fax.: (661) 326-0936
4  e-mail: lawtorres@aol.com

5  Attorney for Defendant
   BOUNHOME SINGHARATH

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                    PLAINTIFF, | Case No.: 12-CR-00325 AWI<br>**DEFENDANTS REQUEST AND WAIVER OF APPEARANCE**; **ORDER** |
| BOUSEUTH THOURAKHONE<br>**BOUNHOME SINGHARATH**<br>KIMXAY SIRIBOUNTHONG<br>                    DEFENDANT. | |

Defendant hereby requests a Court Order waiving his appearance at the status conference hearing scheduled for Monday, March 25, 2013.

   Mr. Torres has been in communication with Mr. Singharath and was notified that he does not have means of transportation from Las Vegas, NV to Fresno, CA. Mr. Torres has discussed this with Mr. Singharath and advised him to waive his appearance.

This request is made pursuant to Fed R. Crim. P. 43 (b)(2).

Date: March 22, 2013

/s/David A. Torres                    /s/ Bouhome Sigharath
Counsel for Defendant                 Bouhome Signarath, Defendant

**ORDER**

GOOD CAUSE APPEARING, it is hereby ordered that the defendant's appearance may be waived on March 25, 2013.

IT IS SO ORDERED.

**Dated:   March 25, 2013**                    /s/ **Barbara A. McAuliffe**
                                                                        UNITED STATES MAGISTRATE JUDGE