**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (6610326-0857
Fax: (661)326-0936
Email: lawtorres@aol.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BOUNHOME SINGHARATH,<br><br>Defendant | Case No.: Case No.1:12-CR-00325AWI-BAM<br><br>**AMENDED STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE BARBARA A. MCAULIFFE AND KAREN ESCOBAR, ASSISTANT UNITED STATES ATTORNEY:

   **COMES NOW** Defendant, BOUNHOME SINGHARATH, by and through his attorney of record, DAVID A. TORRES hereby requesting that the Status Conference currently set for Monday, May 13, 2013 be continued to Monday June 24, 2013 at 1:00 p.m.

   I am scheduled to be out of the state from May 10, 2013 through May 15, 2013 to attend my daughters' graduation. I have spoken to AUSA Karen Escobar, she has no objection to continuing the Status Conference.

   The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(8)(A) and 3161 (h)(8)(B)(1).

//

//

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: May 9, 2013 /s/ David A Torres
DAVID A. TORRES
Attorney for Defendant
BOUNHOME SINGHARATH

DATED: May 9, 2013 /s/Karen Escobar
KAREN ESCOBAR
Assistant U.S. Attorney

# ORDER

**IT IS SO ORDERED** that the Status Conference hearing be continued to June 24, 2013.

IT IS SO ORDERED.

Dated:   **May 9, 2013**          /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE