**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (6610326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
BOUNHOME SINGHARATH

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT of CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>BOUNHOME SINGHARATH<br><br>          Defendant | Case No.: Case No.1:12-CR-0325 AWI<br><br>**STIPULATION AND ORDER TO CONTINUE CHANGE OF PLEA HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE

ANTHONY ISHII AND KAREN ESCOBAR, ASSISTANT UNITED STATES ATTORNEY:

    **COMES NOW** Defendant, BOUNHOME SINGHARATH, by and through his attorney of record, DAVID A. TORRES hereby requesting that the Change of Plea hearing currently set for Monday, January 27, 2014 be continued to Monday, February 24, 2014.

    Mr. Singharath currently resides in Las Vegas, NA.  I have reviewed the plea agreement with my client however, I would like to have an interpreter present with my client when he signs said plea agreement.  I am requesting a continuance to make arrangements for the interpreter.  I have spoken to AUSA Karen Escobar, and she has no objection to continuing the Change of Plea hearing.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(8)(A) and 3161 (h)(8)(B)(1).

//

//

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: 1/23/14   */s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
[DEFENDANTS NAME]

DATED:1/23/14   */s/Karen Escobar*
KAREN ESCOBAR
Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED** that the Change of Plea hearing be continued to February 24, 2014.

IT IS SO ORDERED.

Dated:   January 23, 2014                                        _____
                                                                  SENIOR  DISTRICT  JUDGE