BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BOUNHOME SINGHARATH,<br><br>Defendant. | CASE NO.  Cr  1:12-cr-00325 AWI-BAM<br><br>STIPULATION REGARDING CONTINUANCE;  ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on Monday, March 24, 2014, at 1:00 p.m. before the Honorable U.S. Magistrate Judge Barbara A. McAuliffe.

2. By this stipulation, the parties agree to advance the matter to March 10, 2014, at 10 a.m. before the Honorable Senior U.S. District Judge Anthony W. Ishii for a change of plea.

////

////

////

////

1

IT IS SO STIPULATED.

DATED:	March 6, 2014.	Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney


/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney


DATED:	March 6, 2014.

/s/ David Torres
DAVID TORRES
Counsel for Defendant


**O R D E R**

IT IS SO ORDERED.

Dated:   March 6, 2014	_____
SENIOR DISTRICT JUDGE

2